UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-21438-CIV-UNGARO/O'SULLIVAN

SAMUEL DUPLESSY,

    Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

    Respondent.
_____/

## RESPONDENT'S NOTICE OF APPEARANCE

Notice is hereby given that litigative responsibility for this matter has been assigned within the Office of the United States Attorney for the Southern District of Florida to Assistant United States Attorney NATALIE DIAZ, who hereby appears on behalf of the Respondent.

Respectfully submitted,

**ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY**

By:   **Natalie Diaz**
      NATALIE DIAZ
      ASSISTANT U.S. ATTORNEY
      Florida Bar No. 85834
      E-mail: Natalie.Diaz@usdoj.gov
      99 N.E. 4th Street, Suite 300
      Miami, Florida 33132
      Telephone: (305) 961-9306
      *Counsel for Respondent*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2020, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and mailed a copy to the Petitioner at the address below.

**Natalie Diz**
NATALIE DIAZ
ASSISTANT U.S. ATTORNEY

Samuel Duplessy
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, Florida 33194